B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Western District of Louisiana

In re    **The LAVA Company LLC** ,
                                              Debtor

Case No.    **14-12936**

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 11,500,000.00 | | |
| B - Personal Property | Yes | 4 | 704,723.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,163,975.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 70,066.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 4,456,052.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 12,204,723.05 | | |
| Total Liabilities | | | | 10,690,094.14 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re    **The LAVA Company LLC**             ,     Case No.    **14-12936**

                Debtor         Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **The LAVA Company LLC**                                                    , Case No. ___**14-12936**___
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **200 Unit Apartment Complex With Amenities and Other Services**<br>**400 Burgundy Street**<br>**Leesville, Louisiana 71446** | **Ownership** | **-** | **11,500,000.00** | **6,163,975.42** |

|  |  |  |  |
|---|---|---|---|
|  | Sub-Total > | **11,500,000.00** | (Total of this page) |
|  | Total > | **11,500,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **The LAVA Company LLC**                                              ,    Case No.    __14-12936__
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash Drawer Balance** | - | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Sabine State Bank POB 670 Many, LA 71449 Country Manor Apartments Rental Deposit Account # XXX-0224** | - | **61.27** |
| | | **BB&T 8200 Greensboro Drive, Suite 1100 McLean, VA 22102 LAVA Operating Account # XXX-5574** | - | **1,196.17** |
| | | **Sabine State Bank POB 670 Many, LA 71449 Security Deposit Escrow Account # XXX-0323** | - | **16.50** |
| | | **BB&T 8200 Greensboro Drive, Suite 1100 McLean, VA 22102 LAVA Line of Credit # XXX-5574** | - | **6,967.00** |
| | | **MidSouth Bank 880 San Antonio Avenue Many, LA 71449 The LAVA Company Operating Account #xxx-917** | - | **5.11** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit for electric power service with ENTERGY** | - | **1,350.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous decorative items** | - | **200.00** |

|  | Sub-Total > | **9,996.05** |
|---|---|---|
| | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

In re  **The LAVA Company LLC** _____,  Case No.  **14-12936** _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sandy Hill Water & Sewer, Inc.  See Exhibit A - Schedule B-13** | - | 426,016.00 |
| | | **Sandy Hill Utilities, L.L.C.  See Exhibit B - Schedule B-13** | - | 20,850.00 |
| | | **Sandy Hill Recreation Company, L.L.C.  See Exhibit C - Schedule B-13** | - | 77,400.00 |
| | | **The LAVA II Company, L.L.C.  See Exhibit D - Schedule B-13** | - | 150,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Tenant Receivables** | - | 4,695.00 |

Sub-Total >   678,961.00
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **The LAVA Company LLC**        ,      Case No.    **14-12936**

                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **List of Residents and Credit History** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

In re   **The LAVA Company LLC**                        ,    Case No.   **14-12936**

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furnishings, one computer and two printers, equipment and supplies** | - | **4,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Light bulbs, air filters, minor maintenance and cleaning supplies** | - | **250.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **New Holland Farm Tractor with backhoe, box blade, front end loader** | - | **4,000.00** |
| | | **Exmark Riding Lawnmower and related equipment** | - | **2,200.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Balance Sheet Due From  Sandy Hill Utilities, L.L.C. $1,484** | - | **5,316.00** |
| | | **Balance Sheet Due From Sandy Hill Recreation Company, L.L.C.  $1,885** | | |
| | | **Balance Sheet Due From The LAVA II Company, L.L.C.   $0** | | |
| | | **Balance Sheet Due From Sandy Hill Water & Sewer, Inc. $0** | | |
| | | **Balance Sheet Prepaid Expenses  $1,947** | | |

Sub-Total >     **15,766.00**
(Total of this page)

Total >     **704,723.05**

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)



**EXHIBIT**
A

## INITIAL & PERIODIC REPORT REQUIRED BY RULE 2015.3

### Sandy Hill Water & Sewer, Inc.

### Monday, December 22, 2014

Exhibit A

Estimate of Value: $426,016

Valuation Method: Depreciated Book Value.

Exhibit B

Balance Sheet:

Sandy Hill Water & Sewer, Inc.

*Balance Sheet*

MONDAY, OCTOBER 27, 2014   2:12 PM

| Balance Sheet | PERIOD ENDING OCTOBER, 2014 |
| --- | --- |

BALANCE SHEET

| | YEAR TO DATE |
| --- | --- |
| ASSETS | |
| 10100 Operating Account | 12 |
| 12330 Due to/from Sandy Hill Utilities | 0 |
| 12340 Due to/from S Hill Recreation Co | 0 |
| 12500 Due to/ from LAVA Co. | -24,772 |
| 15100 Prepaid Expenses & Insurance | 0 |
| | ----------- |
| TOTAL CURRENT ASSETS | -24,759 |
| 17410 Equipment & Improvements | 608,343 |
| 17415 Accumulated Depreciation - Equip Improvements | -208,161 |
| | ----------- |
| TOTAL FIXED ASSETS | 400,182 |
| | =========== |
| TOTAL ASSETS | 375,422 |
| | =========== |
| LIABILITIES & EQUITY | |
| 20100 Accounts Payable-Operating | 9,526 |
| 22310 Due To Rucker Realty Assoc | 0 |
| 22330 Due To SH Utilities | 0 |
| 24110 Prepaid Liabilities & Insurance | 0 |
| | ----------- |
| TOTAL CURRENT LIABILITIES | 9,525 |

| | |
|---|---|
| 22390 Due to/from - John R Jones | 11,188 |
| 22400 Note Payable- LAVA | 0 |
| | ----------- |
| TOTAL LONG TERM LIABILITIES | 11,187 |
| | ----------- |
| TOTAL LIABILITIES | 20,713 |
| 28500 Paid In Capital - John Jones | 208,890 |
| 28610 Common Stock-1000 shares $1 par | 1,000 |
| 29910 Profit/Loss Current Year | -26,928 |
| 29920 Retained Earnings | 171,747 |
| | ----------- |
| TOTAL EQUITY | 354,709 |
| | =========== |
| TOTAL LIABILITIES + EQUITY | 375,422 |
| | =========== |

Income or Loss: ($26,928)

Cash Flow: Net -0-

Partners change in Equity/Deficit: Net -0-


Exhibit C

Business Operation:

Sandy Hill Water & Sewer, Inc. produces, treats and distributes the potable water plus collects and treats the wastewater for the Country Manor Apartments. It has no other customers and is a Louisiana Public Utility licenses by the Public Service Commission, the Louisiana Department of Environmental Quality and the Louisiana Department of Health and Hospitals.


Signed: *John R. Jones*



**EXHIBIT B**

## Sandy Hill Utilities LLC
## Monday, December 22, 2014

Exhibit A

    Estimate of Value: $20,850

    Valuation Method: The approximate current value of 0.695 acres.


Exhibit B

    Balance Sheet: See Below

**Sandy Hill Utilities, LLC**
*Balance Sheet*
MONDAY, OCTOBER 27, 2014  11:51 AM

| Balance Sheet | PERIOD ENDING OCTOBER, 2014 |
| --- | --- |

| BALANCE SHEET | YEAR TO DATE |
| --- | --- |
| ASSETS | |
| 12320 Due To/From Sandy Hill W&S | 0 |
| | ---------- |
| TOTAL CURRENT ASSETS | 0 |
| 17100 Land | 10,751 |
| | ---------- |
| TOTAL FIXED ASSETS | 10,751 |
| | ========== |
| TOTAL ASSETS | 10,751 |
| | ========== |
| LIABILITIES & EQUITY | |
| | ---------- |
| 22310 Due To Lava Company | 1,484 |
| 22330 Due To SH Utilities | 0 |
| 22340 Due to JRJ Jr | 65 |
| 28110 Investment By LAVA | 143,371 |
| | ---------- |
| TOTAL LONG TERM LIABILITIES | 144,919 |
| | ---------- |
| TOTAL LIABILITIES | 144,919 |
| 29910 Profit/Loss Current Year | 1,109 |
| 29920 Retained Earnings | -135,277 |
| | ---------- |

| | |
|---|---|
| TOTAL EQUITY | -134,168 |
| TOTAL LIABILITIES + EQUITY | 10,751 |

Income or Loss: None

Cash Flow: None

Partners change in Equity/Deficit: None

Exhibit C

Business Operation:

Sandy Hill Utilities LLC owes the land on which Sandy Hill Water and Sewer has its potable water production and wastewater treatment equipment.

Signed: *John R. Jones*



**EXHIBIT C**

## Sandy Hill Recreation Company LLC
### Monday, December 22, 2014

Exhibit A

Estimate of Value: 2.580 acres @ $30,000 per acre = $77,400

Valuation Method: This is an estimate by the managing member of Sandy Hill Recreation Company LLC based upon the lands acquisition in about 1987 at $15,000 per acre.

Exhibit B

Balance Sheet:

Sandy Hill Recreation LLC

Balance Sheet: See Below

MONDAY, OCTOBER 27, 2014   11:52 AM

Balance Sheet              PERIOD ENDING OCTOBER, 2014

| BALANCE SHEET | YEAR TO DATE |
|---|---|
| ASSETS | |
| 12300 Due To/From LAVA | -146 |
| 12320 Due To/From Sandy Hill W&S | 0 |
| | ---------- |
| TOTAL CURRENT ASSETS | -146 |
| 17100 Land | 39,990 |
| | ---------- |
| TOTAL FIXED ASSETS | 39,990 |
| | ========== |
| TOTAL ASSETS | 39,843 |
| | ========== |
| LIABILITIES & EQUITY | |
| 20101 A/P LAVA | 1,885 |
| | ---------- |
| TOTAL CURRENT LIABILITIES | 1,884 |
| 22340 Due to/from JRJ | 35 |
| | ---------- |
| TOTAL LONG TERM LIABILITIES | 35 |
| | ---------- |
| TOTAL LIABILITIES | 1,919 |

| | |
|---|---|
| 28100 Capital, John Jones Jr. | 375 |
| 28101 Capital Contribution - LAVA | 39,990 |
| 29910 Profit/Loss Current Year | -134 |
| 29920 Retained Earnings | -2,307 |
| | ---------- |
| TOTAL EQUITY | 37,923 |
| | ========= |
| TOTAL LIABILITIES + EQUITY | 39,843 |
| | ========= |

Income or Loss: None

Cash Flow: None

Partners change in Equity/Deficit: None


Exhibit C

Business Operation:

Sandy Hill Recreation Company LLC owns a leaky lake which is usually partially filled. It holds title to the lake area only so as to remove it, for liability purposes, from the property occupied by Country Manor Apartments.


Signed: *John R. Jones*



**EXHIBIT**

D

## The LAVA Company II LLC
### Monday, December 22, 2014

Exhibit A

Estimate of Value: 5 acres @$30,000 per acre = $150,000.00

Valuation Method: Price is estimated by the Managing General Partner based upon asking prices for land in the area (upwards of $60,000 per acre for road front property) and the fact that the land was acquired in about 1987 for $15,000 per acre.


Exhibit B

Balance Sheet: None

Income or Loss: None

Cash Flow: None

Partners change in Equity/Deficit: None


Exhibit C

Business Operation:

The LAVA Company II LLC exist to hold title to 5 acres of undeveloped land adjacent Country Manor Apartments originally attended for future development. It has no income and its only expense is the annual real estate taxes.


Signed: *John R. Jones*

12/31/14 2:20PM

In re **The LAVA Company LLC** Case No. **14-12936**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6 360** | | | **First Mortgage** | | | | | |
| **MidSouth Bank P.O. Box 3745 Lafayette, LA 70502** | X | - | **200 Unit Apartment Complex With Amenities and Other Services 400 Burgundy Street Leesville, Louisiana 71446** | | | | | |
| | | | Value $ **11,500,000.00** | | | | **6,163,975.42** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal (Total of this page) | **6,163,975.42** | **0.00** |
| | Total (Report on Summary of Schedules) | **6,163,975.42** | **0.00** |

B6E (Official Form 6E) (4/13)

In re   **The LAVA Company LLC** , Case No. ___14-12936___
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___   continuation sheets attached

In re   **The LAVA Company LLC** ,                    Case No.  **14-12936**
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account No. **xx-xxx2350** <br><br> **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101** | - | | | | **WT-FICA and FUTA Taxes owed** | | | | 3,296.00 | 0.00 <br><br> 3,296.00 |
| Account No. **xx-xxx2350** <br><br> **John S. Craft Sheriff & Tax Collector PO Box 649 Leesville, LA 71446-0649** | - | | | | **2014 Ad Valorem Taxes - Real Estate** | | | | 54,878.16 | 0.00 <br><br> 54,878.16 |
| Account No. **xx-xxx2350** <br><br> **John S. Craft Sheriff & Tax Collector PO Box 649 Leesville, LA 71446-0649** | - | | | | **2014 Ad Valorem Taxes - Personal Property** | | | | 11,212.11 | 0.00 <br><br> 11,212.11 |
| Account No. **Sandy Hill Water & Sewer, Inc.** <br><br> **Louisiana Department of Revenue PO Box 91017 Baton Rouge, LA 70821-9017** | - | | | | **Sales tax** | | | | 586.00 | 0.00 <br><br> 586.00 |
| Account No. **Sandy Hill Water & Sewer** <br><br> **Louisiana Department of Revenue PO Box 91017 Baton Rouge, LA 70821-9017** | - | | | | **Excise tax** | | | | 94.00 | 0.00 <br><br> 94.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
| --- | --- | --- |
| Subtotal (Total of this page) | 70,066.27 | 0.00 <br> 70,066.27 |
| Total (Report on Summary of Schedules) | 70,066.27 | 0.00 <br> 70,066.27 |

12/31/14 2:20PM

In re   **The LAVA Company LLC**                                              ,     Case No.   **14-12936**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxxxx-xx001-9**<br><br>**Bellsouth Advertising**<br>**P.O. Box 105024**<br>**Atlanta, GA 30348-5024** | | - | | | Services | | | | 260.00 |
| Account No. **The LAVA Company, LLC**<br><br>**Great American Business Products**<br>**P.O. Box 4422**<br>**Houston, TX 77210-4422** | | - | | | Services | | | | 225.00 |
| Account No. **The LAVA Company, LLC**<br><br>**John O. Hayter, III, Esq**<br>**Hayter & Peatross, L.L.C.**<br>**9045 Ellerbe Road**<br>**Suite 103**<br>**Shreveport, LA 71106** | | - | | | Attorney fees | | | | 7,899.39 |
| Account No. **The LAVA Company, LLC**<br><br>**John R. Jones**<br>**POB 6656**<br>**Mc Lean, VA 22106-6656** | | - | | | Loans to Debtor | | | | 4,444,126.62 |

_**1**___ continuation sheets attached

Subtotal
(Total of this page)       **4,452,511.01**

14-12936   #20   File 12/31/14   Enter 12/31/14 14:47:41   Main Document   Pg 18 of 36

In re  __The LAVA Company LLC_____,   Case No. ___14-12936_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **The LAVA Company, LLC** | | | | **Services** | | | | |
| **Maxwell Systems, Inc.** **P.O. Box 822338** **Philadelphia, PA 19182-2338** | - | | | | | | | |
| | | | | | | | | **2,985.78** |
| Account No. **xxxxxxxxxxx0001** | | | | **Services** | | | | |
| **YP** **c/o Mcarthy, Burgess & Wolff** **The MB&W Building** **26000 Cannon Road** **Cleveland, OH 44146** | - | | | | | | | |
| | | | | | | | | **555.66** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __1___ of __1___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,541.44** |
| | Total (Report on Summary of Schedules) | **4,456,052.45** |

B6G (Official Form 6G) (12/07)

In re    **The LAVA Company LLC**                 Case No.    **14-12936**
                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Apartment Tenants**<br>**400 Burgundy Street**<br>**Leesville, LA 71446** | **See Attached Exhibit E - Schedule G Leases - Residential tenants residing in the Country Manor Apartments, 400 Burgundy Street, Leesville, Louisiana 71446. Debtor is lessor.** |
| **Pavlov Media, Inc.**<br>**P.O. Box 25**<br>**Champaign, IL 61824** | **Executory Contract for broadband, internet, video and television services for resale to tenants.** |

   **0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# Exhibit E
## Country Manor Apartment Tenant List

| Tenant | Street | Unit # | City, State, Zip |
|---|---|---|---|
| Rolando Liboy Jr | 400 Burgundy Street | 100 | Leesville, LA 71446 |
| John Greenfield | 400 Burgundy Street | 101 | Leesville, LA 71446 |
| Adam Gwin | 400 Burgundy Street | 102 | Leesville, LA 71446 |
| Jerome Darr | 400 Burgundy Street | 107 | Leesville, LA 71446 |
| Shalom Ngirarikel | 400 Burgundy Street | 108 | Leesville, LA 71446 |
| Martin Harris | 400 Burgundy Street | 109 | Leesville, LA 71446 |
| Robert Hoover | 400 Burgundy Street | 110 | Leesville, LA 71446 |
| Janel McVay | 400 Burgundy Street | 112 | Leesville, LA 71446 |
| Moses Musoke | 400 Burgundy Street | 114 | Leesville, LA 71446 |
| Keith Davies | 400 Burgundy Street | 115 | Leesville, LA 71446 |
| Justin Theisen | 400 Burgundy Street | 117 | Leesville, LA 71446 |
| Nahul Braxton | 400 Burgundy Street | 120 | Leesville, LA 71446 |
| Jeffrey Bither | 400 Burgundy Street | 121 | Leesville, LA 71446 |
| April Hood | 400 Burgundy Street | 124 | Leesville, LA 71446 |
| John Cahoon | 400 Burgundy Street | 125 | Leesville, LA 71446 |
| Michael Ridgway | 400 Burgundy Street | 127 | Leesville, LA 71446 |
| Cindy Allen | 400 Burgundy Street | 128 | Leesville, LA 71446 |
| Joseph Jones | 400 Burgundy Street | 130 | Leesville, LA 71446 |
| Warren Davis | 400 Burgundy Street | 132 | Leesville, LA 71446 |
| Diane Brown | 400 Burgundy Street | 133 | Leesville, LA 71446 |
| Brittany Reynolds | 400 Burgundy Street | 134 | Leesville, LA 71446 |
| Cedric Bell | 400 Burgundy Street | 135 | Leesville, LA 71446 |
| Robert Fox | 400 Burgundy Street | 137 | Leesville, LA 71446 |
| Cedric Matthews | 400 Burgundy Street | 138 | Leesville, LA 71446 |
| Carlita Langcay | 400 Burgundy Street | 139 | Leesville, LA 71446 |
| Brian Marino | 400 Burgundy Street | 140 | Leesville, LA 71446 |
| Benjamin Murphy | 400 Burgundy Street | 141 | Leesville, LA 71446 |
| Jefferey Morgan | 400 Burgundy Street | 144 | Leesville, LA 71446 |
| Philip Austin | 400 Burgundy Street | 145 | Leesville, LA 71446 |
| Jonathan Lee | 400 Burgundy Street | 146 | Leesville, LA 71446 |
| David Cox | 400 Burgundy Street | 147 | Leesville, LA 71446 |
| Charles Chance | 400 Burgundy Street | 148 | Leesville, LA 71446 |
| Timothy Zannotti | 400 Burgundy Street | 154 | Leesville, LA 71446 |
| Verna Green | 400 Burgundy Street | 156 | Leesville, LA 71446 |
| Jerry Mensah | 400 Burgundy Street | 160 | Leesville, LA 71446 |
| Steven Terry | 400 Burgundy Street | 161 | Leesville, LA 71446 |
| Angel Mendez | 400 Burgundy Street | 163 | Leesville, LA 71446 |
| Brigette White | 400 Burgundy Street | 164 | Leesville, LA 71446 |
| Thomas Bryant | 400 Burgundy Street | 165 | Leesville, LA 71446 |
| James Crutcher | 400 Burgundy Street | 166 | Leesville, LA 71446 |
| Michael Satumba | 400 Burgundy Street | 167 | Leesville, LA 71446 |
| Leo Siegfried | 400 Burgundy Street | 168 | Leesville, LA 71446 |
| Jeffery Adams | 400 Burgundy Street | 169 | Leesville, LA 71446 |
| Dennis Lingad | 400 Burgundy Street | 170 | Leesville, LA 71446 |
| Donald Watkins | 400 Burgundy Street | 171 | Leesville, LA 71446 |
| Natalie Moore | 400 Burgundy Street | 172 | Leesville, LA 71446 |

## Country Manor Apartment Tenant List

| Tenant | Street | Unit # | City, State, Zip |
|---|---|---|---|
| Navpreet Singh | 400 Burgundy Street | 173 | Leesville, LA 71446 |
| Jace Dorn | 400 Burgundy Street | 174 | Leesville, LA 71446 |
| Natasha Shaw | 400 Burgundy Street | 175 | Leesville, LA 71446 |
| Mac Lyddy | 400 Burgundy Street | 176 | Leesville, LA 71446 |
| Aldaraji Mohammed | 400 Burgundy Street | 177 | Leesville, LA 71446 |
| Anthony Meley | 400 Burgundy Street | 178 | Leesville, LA 71446 |
| Joanna Ward | 400 Burgundy Street | 179 | Leesville, LA 71446 |
| Jesse Rivera | 400 Burgundy Street | 180 | Leesville, LA 71446 |
| Ignatius Andoh | 400 Burgundy Street | 181 | Leesville, LA 71446 |
| Michael Acord | 400 Burgundy Street | 182 | Leesville, LA 71446 |
| Shawn Roney | 400 Burgundy Street | 183 | Leesville, LA 71446 |
| Nhan Tran | 400 Burgundy Street | 184 | Leesville, LA 71446 |
| Lawrence Trujillo | 400 Burgundy Street | 185 | Leesville, LA 71446 |
| Joel Avila | 400 Burgundy Street | 186 | Leesville, LA 71446 |
| Wilson Cordero | 400 Burgundy Street | 187 | Leesville, LA 71446 |
| Corey Martinez | 400 Burgundy Street | 188 | Leesville, LA 71446 |
| Charles Lawerence | 400 Burgundy Street | 189 | Leesville, LA 71446 |
| Cranac Surpris, Jr. | 400 Burgundy Street | 190 | Leesville, LA 71446 |
| David Cox | 400 Burgundy Street | 191 | Leesville, LA 71446 |
| Jack Ennis | 400 Burgundy Street | 192 | Leesville, LA 71446 |
| Mark Bivens | 400 Burgundy Street | 193 | Leesville, LA 71446 |
| Grant Cobb | 400 Burgundy Street | 194 | Leesville, LA 71446 |
| Khairulah Altmimi | 400 Burgundy Street | 195 | Leesville, LA 71446 |
| Russell Henry | 400 Burgundy Street | 197 | Leesville, LA 71446 |
| Michelle Trejo | 400 Burgundy Street | 198 | Leesville, LA 71446 |
| William Partin | 400 Burgundy Street | 199 | Leesville, LA 71446 |
| Armando Fellin | 400 Burgundy Street | 200 | Leesville, LA 71446 |
| Joey Clendening | 400 Burgundy Street | 201 | Leesville, LA 71446 |
| Joshua DiCicco | 400 Burgundy Street | 202 | Leesville, LA 71446 |
| Joshua Fulcher | 400 Burgundy Street | 203 | Leesville, LA 71446 |
| Zach Alvarez | 400 Burgundy Street | 204 | Leesville, LA 71446 |
| Michael Opoku | 400 Burgundy Street | 205 | Leesville, LA 71446 |
| Brandon Pham | 400 Burgundy Street | 206 | Leesville, LA 71446 |
| Tyrone Reddick | 400 Burgundy Street | 208 | Leesville, LA 71446 |
| Daniel Carbajal | 400 Burgundy Street | 209 | Leesville, LA 71446 |
| Misty Scott | 400 Burgundy Street | 210 | Leesville, LA 71446 |
| Marc Meadows | 400 Burgundy Street | 211 | Leesville, LA 71446 |
| Joseph Kessler | 400 Burgundy Street | 212 | Leesville, LA 71446 |
| Richy Suggs, Jr. | 400 Burgundy Street | 213 | Leesville, LA 71446 |
| Antonio Depetris | 400 Burgundy Street | 214 | Leesville, LA 71446 |
| Francis Akinlabi | 400 Burgundy Street | 215 | Leesville, LA 71446 |
| David Kennedy | 400 Burgundy Street | 217 | Leesville, LA 71446 |
| Charlton Cornell | 400 Burgundy Street | 219 | Leesville, LA 71446 |
| William Stewart | 400 Burgundy Street | 220 | Leesville, LA 71446 |
| Kevin Maddock | 400 Burgundy Street | 221 | Leesville, LA 71446 |
| Scott Shepard | 400 Burgundy Street | 222 | Leesville, LA 71446 |

## Exhibit E
## Country Manor Apartment Tenant List

| Tenant | Street | Unit # | City, State, Zip |
|---|---|---|---|
| Omar Hameed | 400 Burgundy Street | 223 | Leesville, LA 71446 |
| Matthew Lentz | 400 Burgundy Street | 224 | Leesville, LA 71446 |
| Jacob Kingan | 400 Burgundy Street | 225 | Leesville, LA 71446 |
| Paul Laperle | 400 Burgundy Street | 226 | Leesville, LA 71446 |
| Ronald Page and Saint Shabazz | 400 Burgundy Street | 235 | Leesville, LA 71446 |
| Gnelle Franklin | 400 Burgundy Street | 247 | Leesville, LA 71446 |
| Tatyana Ault | 400 Burgundy Street | 269 | Leesville, LA 71446 |
| Eric Dotson | 400 Burgundy Street | 274 | Leesville, LA 71446 |
| Michael Joyce | 400 Burgundy Street | 276 | Leesville, LA 71446 |
| Avralila Wison | 400 Burgundy Street | 277 | Leesville, LA 71446 |
| Cecil Holifield | 400 Burgundy Street | 278 | Leesville, LA 71446 |
| Mark Speir | 400 Burgundy Street | 279 | Leesville, LA 71446 |
| Antony Etyang | 400 Burgundy Street | 281 | Leesville, LA 71446 |
| Tequisha Smith and Robert Moore | 400 Burgundy Street | 282 | Leesville, LA 71446 |
| Luis Ortiz | 400 Burgundy Street | 283 | Leesville, LA 71446 |
| Nikel Badovinac | 400 Burgundy Street | 284 | Leesville, LA 71446 |
| Kathrina Lalonde | 400 Burgundy Street | 286 | Leesville, LA 71446 |
| Christopher Hooper | 400 Burgundy Street | 287 | Leesville, LA 71446 |
| Kenneth Bounds | 400 Burgundy Street | 288 | Leesville, LA 71446 |
| Myrna Santos | 400 Burgundy Street | 289 | Leesville, LA 71446 |
| Richard Smith, Jr. | 400 Burgundy Street | 290 | Leesville, LA 71446 |
| Annabel Chong and David Thornhill | 400 Burgundy Street | 291 | Leesville, LA 71446 |
| Alexandria Varner | 400 Burgundy Street | 292 | Leesville, LA 71446 |
| Menda Lucero | 400 Burgundy Street | 293 | Leesville, LA 71446 |
| Todd Townsend | 400 Burgundy Street | 294 | Leesville, LA 71446 |
| Mark Dwyer and Wayland Lau | 400 Burgundy Street | 296 | Leesville, LA 71446 |
| Brandon Ray | 400 Burgundy Street | 298 | Leesville, LA 71446 |
| Patrick Storey | 400 Burgundy Street | 302 | Leesville, LA 71446 |

B6H (Official Form 6H) (12/07)

In re  **The LAVA Company LLC**                                    ,      Case No.  **14-12936**
                                   Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John R. Jones**<br>**POB 6656**<br>**Mc Lean, VA 22106-6656** | **MidSouth Bank**<br>**P.O. Box 3745**<br>**Lafayette, LA 70502** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    **The LAVA Company LLC**             Case No.    **14-12936**
                                    Debtor(s)       Chapter     **11**


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **14**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **December 31, 2014**                  Signature    **/s/ John R. Jones**
                                                       **John R. Jones**
                                                       **Managing Member**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Louisiana

In re    __The LAVA Company LLC__      Case No.   __14-12936__

                       Debtor(s)         Chapter     __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,019,492.00 | **2014 YTD: Debtor Business Income** |
| $2,036,969.00 | **2013: Debtor Business Income** |
| $1,984,693.00 | **2012: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors



**Complete a. or b., as appropriate, and c.**

    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐     b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Pavlov Media, Inc.**<br>**P.O. Box 25**<br>**Champaign, IL 61824** | **September 2014; October 2014; November 2014; December 1 - 17, 2014** | **$34,063.92** | **$57,005.90** |
| **Flatiron Captial**<br>**1700 Lincoln Street, 12th Floor**<br>**Denver, CO 80203** | **September 2014; October 2014; November 2014; December 1-17, 2014** | **$20,646.92** | **$30,970.38** |
| **MidSouth Bank**<br>**P.O. Box 3745**<br>**Lafayette, LA 70502** | **September 2014; October 2014; November 2014; December 1 -17, 2014** | **$116,470.44** | **$6,163,975.42** |



None ☒     c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None ☒     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None 

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert W. Raley & Associates 290 Benton Road Spur Bossier City, LA 71111** | **$35,000.00 - Security Retainer $1,717.00 - Filing Fee** | **Prior to the December 17, 2014 Petition Date, Attorney received a Security Retainer in which The LAVA Company, LLC retained an interest until attorney performed services and applied charges against the security retainer. During the pre-petition period of 10/26/14 through 12/17/14, attorney performed services and earned reasonable fees in the amount of $14,885.00, which were paid pre-petition from the Security Retainer.** |

### 10. Other transfers

None 

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None 

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**


None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/13)
6

| None | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
| :---: | :--- |
| ☒ | |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| :--- | :--- | :--- | :--- |

| None | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
| :---: | :--- |
| ☒ | |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| :--- | :--- | :--- |

**18 . Nature, location and name of business**

| None | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
| :---: | :--- |
| ☐ | |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| :--- | :--- | :--- | :--- | :--- |
| **The LAVA Company LLC** | 54-1362350 | **D/B/A Country Manor Apartments 9045 Ellerbe Road, Suite 103 Shreveport, LA 71106** | **Owns and operates Country Manor Apartments, a 205 unit residential apartment complex and provides retail broad band internet services and other amenities and services.** | **May 1, 1998 - current** |
| **The LAVA-II Company, LLC** | | **9045 Ellerbe Road, Suite 103 Shreveport, LA 71106** | **Owns 5+/- unimproved acres adjacent to Country Manor Apartments. It has no income and its only expense is the annual real estate taxes. Debtor owns 100% of member interest.** | **May 1, 1998 - current** |

B7 (Official Form 7) (04/13)

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sandy Hill Water and Sewer, Inc.** | 72-1068691 | **9045 Ellerbe Road, Suite 103 Shreveport, LA 71106** | **Produces, treats and distributes the potable water plus collects and treats the waste water for the Country Manor Apartments. Owns the Operating License and Equipment as a Louisiana Public Utility by the Public Service Commission, the Louisiana Department of Environmental Quality and the Louisiana Department of Health and Hospitals. The LAVA Company, LLC is the sole shareholder.** | **June 11, 1989 - current** |
| **Sandy Hill Recreation Company, LLC** | 72-1487027 | **9045 Ellerbe Road, Suite 103 Shreveport, LA 71106** | **Owns the lake next to the waste water treatment plant. It holds title to the lake area only. The Debtor owns 100% member interest.** | **October 23, 2000 - current** |
| **Sandy Hill Utilities, LLC** | 72-1481342 | **PO Box 6656 Mc Lean, VA 22106** | **Owns the land on which Sandy Hill Water and Sewer has its potable water production and waste water treatment equipment. The Debtor owns 100% of member interest.** | **April 14, 2000 - current** |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Lucille A. Lawerence**                                      **February 29, 2009 to present**
**16818 Francil West Lane**
**Dumfries, VA 22026**

B7 (Official Form 7) (04/13)
8

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| BDO Seidman, LLP | 7101 Wisconsin Avenue Ste. 280 | January 2012 - December 2012 |
| | Bethesda, MD 20814-4868 | January 2013 - December 2013 |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Lucille A Lawerence | 16818 Francis West Lane |
| February 29, 2009 to present | Dumfries, VA 22026 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| MidSouth Bank | Annually, on or before March 30th |
| P.O. Box 3745 | |
| Lafayette, LA 70502 | |

### 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John R. Jones | Managing Member | Single Member LLC |
| POB 6656 | | |
| Mc Lean, VA 22106-6656 | | |

### 22 . Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)
9

| None ☐ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Rucker Real Estate, Inc.** | | **Rucker Real Estate, Inc. previously owned a 1/2 of 1 percent member interest in Debtor. On December 31, 2013 that interest was transferred to John R. Jones and Rucker Real Estate, Inc., withdrew.** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ☒ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| None ☒ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| None ☒ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 31, 2014**          Signature   **/s/ John R. Jones**
                                                  **John R. Jones**
                                                  **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Louisiana

In re  **The LAVA Company LLC**                                                    ,     Case No. _____**14-12936**_____

_____
Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **John R. Jones**<br>**POB 6656**<br>**Mc Lean, VA 22106-6656** | **LLC Member**<br>**Interst** | **Single Member**<br>**LLC** | **Managing**<br>**Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**December 31, 2014**_____          Signature_**/s/ John R. Jones**_____
**John R. Jones**
**Managing Member**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Louisiana

In re  **The LAVA Company LLC**

Debtor(s)

Case No.  **14-12936**

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___The LAVA Company LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John R. Jones**
**POB 6656**
**Mc Lean, VA 22106-6656**

☐ None [*Check if applicable*]

**December 31, 2014**

Date

**/s/ Robert W. Raley**

**Robert W. Raley #11082**

Signature of Attorney or Litigant

Counsel for  **The LAVA Company LLC**

**Robert W. Raley & Associates**
**290 Benton Road Spur**
**Bossier City, LA 71111**
**318-747-2230 Fax:318-747-0106**
**rraley52@bellsouth.net**