IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN THE MATTER OF: }
} CASE NO. 14-12936
THE LAVA COMPANY, LLC, D/B/A }
COUNTRY MANOR APARTMENTS }
} CHAPTER 11
DEBTOR }

## JOINT MOTION REQUESTING THAT INTERIM ORDER FOR USE OF CASH COLLATERAL REMAIN IN EFFECT UNTIL THE FINAL HEARING FOR AUTHORITY TO USE CASH COLLATERAL

**COMES NOW**, The LAVA Company LLC and Mid-South Bank, NA., (jointly the "Movants") and by this motion (the "Motion"), respectfully seek an Order providing that the December 23, 2014 Interim Order for Use of Cash Collateral [1] (the "Interim Order") remain in effect until the final hearing for authority to use cash collateral. Movants respectfully represent as follows:

1. On December 23, 2014, the Court entered the Interim Order, and Debtor has used Mid-South Bank, NA.'s cash collateral pursuant to the terms and conditions thereof.

2. Part 8 of the Interim Order provided for any necessary further hearings on the Motion, and that part states:

> The Motion is set for a further hearing on February 2, 2015 at 10:00 am. If Debtor and Bank agree to the terms of an agreed order providing for use of cash collateral by such hearing date, then such hearing may consist of a final hearing on the Motion; alternatively, if the terms of an agreement providing for use of Cash Collateral have not been agreed to by the Debtor and Bank by such time, then in accordance with Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, such hearing shall constitute a second preliminary hearing on the Motion, and this Interim Order for Use of Cash Collateral shall remain in effect until the final hearing for authority to use Cash Collateral which shall be held as soon as possible thereafter.

---

[1] (LAWB #17)

3. Movants have not yet agreed to the terms of an agreed order providing for use of cash collateral because Movants have concluded that any agreement must take into consideration a current appraisal of The Country Manor Apartments.

4. Mid-South Bank, NA., employed Cook, Moore and Associates of Baton Rouge, Louisiana to perform an appraisal on the Country Manor Apartments, but the appraisal has not been completed and is not expected to have been completed before the February 2, 2015 hearing.

5. In accordance with Rule 4001(b) of the Federal Rules of Bankruptcy Procedure, Movants request that the February 2, 2015 hearing be deemed to constitute a second preliminary hearing on the Motion and that the Interim Order for Use of Cash Collateral remain in effect until the final hearing for authority to use Cash Collateral.

6. Movants request that the Court set the final hearing for authority to use Cash Collateral on March 9, 2015 at 10:00 AM, and the hearing will be held in the United States Bankruptcy Court, Courtroom Four (4), Fourth Floor (4th), 300 Fannin Street, Shreveport, Louisiana 71101.

**WHEREFORE**, Movants pray that the February 2, 2015 hearing be deemed to constitute a second preliminary hearing on the Motion for Authority to Use Cash Collateral; that the Interim Order for Use of Cash Collateral remain in effect until the final hearing for authority to use Cash Collateral; that the final hearing for authority to use Cash Collateral be set for March 9, 2015 at 10:00 AM.; and that Movants be granted such other and further relief as is appropriate under the premises.

Respectfully submitted,

**Robert W. Raley & Associates**

/s/ Robert W. Raley
Robert W. Raley, LA Bar Number 11082
290 Benton Road Spur
Bossier City, LA 71111
Telephone: (318) 747-2230
rraley52@bellsouth.net
**Attorney for the Debtor**

**McCoy, Roberts & Begnaud, Ltd**

<u>/s/ Mark Begnaud</u>
Mark Begnaud, LA Bar Number 22197
300 Saint Denis St
Natchitoches, LA 71457
Office: 318-352-6495
**Attorney for MidSouth Bank**