IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | } | |
| | } | CASE NO. 14-12936 |
| THE LAVA COMPANY LLC | } | |
| | } | CHAPTER 11 |
| DEBTOR | } | |

## APPLICATION TO APPROVE EMPLOYMENT
## OF ATTORNEY FOR SPECIAL PURPOSES

Debtor applies to the Court for an order authorizing the retention and employment of Hayter & Peatross, LLC, as Attorney for Special Purposes for the Debtor in this Chapter 11 case pursuant to 11 U.S.C. §§ 105(a) and 327(e) and Bankruptcy Rules 2014, 2016 and 6003. This Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334, and these are core proceedings pursuant to 28 U.S.C. § 157(b)(2). In support of this application, the Debtor shows and represents as follows:

1. On December 17, 2014, The LAVA Company LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor has remained in possession of its assets and is now operating its business as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code..

2. The Debtor has retained Robert W. Raley & Associates ("Attorney"), to represent it in carrying out its duties under the Bankruptcy Code.

3. The Debtor, as Debtor-in-Possession, wishes to employ as Attorney for Special Purpose pursuant to 11 U.S.C.A. § 327(e) the law firm of Hayter & Peatross, LLC, in connection with anticipated necessary litigation to establish the value of Debtor's principal asset, Country Manor

Apartments located at 400 Burgandy Loop, Leesville, Louisiana ("CMA"). The Debtor must establish the value of CMA in connection with its proposed plan of reorganization.

4. Applicant has selected Hayter & Peatross, LLC for the reason that said firm has a sufficient degree of familiarity with such matters, and it has extensive legal expertise in litigation utilizing expert witnesses.

5. Attorneys retained pursuant to section 327(e) of the Bankruptcy Code are not required to meet the "disinterested" standard set forth in section 327(a) of the Bankruptcy Code. See *In re Louisiana Riverboat Gaming Partnership, et al.* ( Bankr. W.D. La. 12-12013, July, 2012), *In re Henlar, Ltd.*, 1997 U.S. Dist. LEXIS 134, at *10-11 (D. E.D. La. 1997); *In re Roy Frischhertz Constr. Co.*, 2007 Bankr. LEXIS 2898, at *6-7 (Bankr. E.D. La. 2007).

6. An Attorney for Special Purposes retained pursuant to section 327(e) of the Bankruptcy Code "need only avoid possessing interests adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed." *In re West Delta Oil Co., Inc.*, 432 F.3d 347, 357 (5th Cir. 2005); see also *In re NRG Resources, Inc*., 64 B.R. 643 (D. W.D. La. 1986).

7. Hayter & Peatross, LLC does not meet the "disinterested" standard set forth in section 327(a) of the Bankruptcy Code because it holds a claim against the debtor for per-petition services in the amount of $7899.39. However, although it does not meet the standard set forth in section 327(a) of the Bankruptcy Code, Hayter & Peatross, LLC is not disqualified for employment as Attorney for Special Purposes by Applicant pursuant to 11 U.S.C.A. § 327(e) because as appears from the unsworn statement under penalty of perjury of John O. Hayter, III, a member of Hayter & Peatross, LLC, that such law firm does not represent or hold any interest adverse to the Debtor or its estate with respect to the special matters upon which such firm is to be employed.

8. The terms of the employment of the law firm of Hayter & Peatross, LLC, agreed to by the Debtor in possession, subject to the approval of the Court, are that certain attorneys and other personnel within the firm will undertake this representation at their regular hourly rates then in effect. Those rates are set forth below:

| Name | Professional Status | Hourly Rate |
|---|---|---|
| **John O. Hayter, III** | **Attorney** | **$185.00** |
| **Lauren H. Reynolds** | **Attorney** | **$185.00** |
| **Mary R. Falls** | **Senior Paralegal** | **$75.00** |
| **Becky Allen** | **Paralegal** | **$60.00** |
| **Sarah E. Clancy** | **Paralegal** | **$60.00** |

9. The terms of the employment of the law firm of Hayter & Peatross, LLC, agreed to by the Debtor in possession, subject to the approval of the Court, also provide for the reimbursement of reasonable and necessary expenses incurred by Hayter & Peatross, LLC while representing the Debtor.

10. Debtor's general bankruptcy counsel agrees that upon the appointment of Hayter & Peatross, LLC as attorney for special purposes, Robert W. Raley & Associates will not seek compensation for any services directly related to the purpose for which Hayter & Peatross, LLC, is employed.

10. By separate Motion, Debtor respectfully requests that this Court set an Expedited Hearing on this Application authorizing the retention and employment of Attorney for Special Purpose.

11. No trustee, examiner or creditors' committee has been appointed in the Debtor's Chapter 11 case. Notice of this Application has been provided to the Office of the United States Trustee for the Western District of Louisiana; Mark Begnaud, Attorney for Mid-South Bank, PO

Box 1369, Natchitoches, LA 71458; Hayter & Peatross, LLC, 9045 Ellerbe Road, Suite 103, Shreveport, LA 71106; to Debtor's twenty largest unsecured creditors; and to all parties who have requested notice in this Chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The Debtor submits that no other or further notice need be provided.

  **WHEREFORE**, Debtor prays that its employment of, Hayter & Peatross, LLC, under the terms specified herein to represent it as Attorney for Special Purposes be approved by the Court, and that it have such other and further relief as is just and proper.

          **Robert W. Raley & Associates**

  By: /s/ Robert W. Raley
     Robert W. Raley (LABN 11082)
     290 Benton Road Spur
     Bossier City, LA 71111
     Telephone: (318) 747-2230
     Telefax: (318)747-0106
     rraley52@bellsouth.net
     **Attorney for Debtor**